# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Reuben Avent**

    Plaintiff
  vs.                                    **CASE NUMBER: 1:19-cv-1565 (NAM/CFH)**

**Jesse Fetcho, Ryan Doe, Target**

    Defendants

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED that Defendants Motion to Dismiss (Dkt. No. 56) is GRANTED; and it is further ORDERED that the Complaint (Dkt. No. 1) is DISMISSED WITH PREJUDICE.

All of the above pursuant to the order of the Honorable Norman A. Mordue, dated the 2nd day of September, 2022.

DATED: September 2, 2022

*[signature]*
Clerk of Court

                        s/Kathy Rogers
                        Deputy Clerk